# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohill, Jr., Maurice B. | U.S. District Court, W. D. PA | 08/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

8170 U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Board of Fellows (unpaid) | National Center for Juvenile Justice |
| 2. | Director, Board of Directors (unpaid) | George Junior Republic, Grove City, PA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/13 | Commonwealth of Pennsylvania State Employees' Retirement System (Pension) | $9,026.88 |
| 2. 12/31/13 | PNC Investments LLC (IRA Distribution) | $40,341.22 |
| 3. 12/31/13 | Anne D Mullaney Residuray Trust | $9,184.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegheny Energy Inc | A | Dividend | J | T | | | | | |
| 2. Citigroup | A | Dividend | J | T | | | | | |
| 3. Delphi Automotive | A | Dividend | J | T | | | | | |
| 4. E.I. Du Pont | A | Dividend | J | T | | | | | |
| 5. General Electric Corp | A | Dividend | J | T | | | | | |
| 6. General Motors (worthless) | A | Dividend | J | T | | | | | |
| 7. IBM | A | Dividend | J | T | | | | | |
| 8. Black Box Corp | A | Dividend | J | T | | | | | |
| 9. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 10. Dell Computer Corp | A | Dividend | J | T | Sold (part) | 10/30/13 | J | A | |
| 11. Energy Transfer Partners, L.P. (X) | A | Int./Div. | J | T | | | | | |
| 12. First Energy (FE) | A | Dividend | J | T | | | | | |
| 13. Scott Mad Mex, L.P. (X) | E | Distribution | K | T | | | | | |
| 14. Scudder Technology | A | Dividend | J | T | | | | | |
| 15. Time Warner Inc (X) | A | Dividend | | | Sold | 04/01/13 | J | A | |
| 16. Vanguard Mutual Funds - PA LT Tax-Exempt Investor (VPAIX) | B | Dividend | K | T | | | | | |
| 17. Vanguard Mutual Funds - 500 Index Fund Adm (VFAIX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Mutual Funds - Capital Opportunity Adm (VHCAX) | C | Dividend | L | T | | | | | |
| 19. Vanguard Mutual Funds - Emerging Mkts Stk Adx Adm (VEMAX) | A | Dividend | K | T | | | | | |
| 20. Vanguard Mutual Funds - Precious Metals & Mining (VGPMX) | A | Dividend | J | T | | | | | |
| 21. Vanguard Prime Money Market Fund (VMMXX) (X) | A | Dividend | J | T | | | | | |
| 22. Vanguard Admiral Trsy Money Mkt (VUSXX) (X) | A | Dividend | L | T | | | | | |
| 23. Abbot Laboratories (ABT) | A | Dividend | J | T | Sold (part) | 01/16/13 | J | A | |
| 24. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 25. Abbvie (ABBV) (X) | A | Dividend | | | Sold | 02/27/13 | J | B | |
| 26. ACE Ltd (ACE) | A | Dividend | J | T | | | | | |
| 27. AES Corp (AES) | A | Dividend | | | Sold | 02/01/13 | J | A | |
| 28. | | | | | Sold | 05/10/13 | J | A | |
| 29. Ageas Sponsored ADR (AGESY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 30. AIA Group Ltd Spon Adr (AAGIY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 31. AIR Liquide Adr (AIQUY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 32. | | | | | Sold (part) | 07/25/13 | J | A | |
| 33. Alcoa Inc (AA) | A | Dividend | J | T | Sold (part) | 08/07/13 | J | A | |
| 34. | | | | | Buy (add'l) | 09/16/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 36. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 37. Allegheny Tech Inc (ATI) | A | Dividend | J | T | Buy | 09/30/13 | J | | |
| 38. Allegion Pub Ltd Co (ALLE) | A | Dividend | J | T | Buy | 12/02/13 | J | | |
| 39. | | | | | Sold (part) | 12/02/13 | J | A | |
| 40. Allianz Se Ads (AZSEY) | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 41. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 42. Allstate Corp (ALL) | A | Dividend | J | T | Sold (part) | 07/25/13 | J | A | |
| 43. | | | | | Sold (part) | 09/30/13 | J | A | |
| 44. Alstom Adr (ALSMY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 45. Alumina Ltd (AWC) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 46. AMC Networks Inc Ci A (AMCX) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 47. AMDOCS Limited Ord (DOX) | A | Dividend | J | T | Buy | 12/12/13 | J | | |
| 48. Amer Inlt Gp New (AIG) | A | Dividend | J | T | Buy | 02/08/13 | J | | |
| 49. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 50. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 51. | | | | | Buy (add'l) | 11/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. America Movil Sa De Lv Adrl (AMX) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 53. | | | | | Sold | 03/18/13 | J | A | |
| 54. American Capital Agency (AGNC) | A | Dividend | J | T | Sold (part) | 06/03/13 | J | A | |
| 55. American Electric Power Co (AEP) | A | Dividend | J | T | | | | | |
| 56. American Water Works Co (AWK) | A | Dividend | J | T | | | | | |
| 57. Ameriprise Fincl Inc (AMP) | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 58. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 59. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 60. Anadarko Pete (APC) | A | Dividend | J | T | Sold (part) | 11/12/13 | J | A | |
| 61. Analog Devices Inc (ADI) | A | Dividend | J | T | Sold (part) | 02/04/13 | J | A | |
| 62. | | | | | Sold (part) | 02/22/13 | J | A | |
| 63. Anglogold Ashanti Limited (AU) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 64. Annaly Capital Mngmt Inc (NLY) | A | Dividend | | | Sold | 10/19/13 | J | A | |
| 65. | | | | | Sold | 11/21/13 | J | A | |
| 66. Anheuser Busch Inbev Sa Spon (BUD) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 67. Applied Materials Inc (AMAT) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 68. Arm Holdings Plc Ads (ARMH) | A | Dividend | J | T | Buy | 01/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/21/13 | J | A | |
| 70. | | | | | Sold (part) | 06/19/13 | J | A | |
| 71. AT&T Inc (T) | A | Dividend | K | T | Sold (part) | 09/06/13 | J | A | |
| 72. Atlas Copco As Adr New (ATLKY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 73. Autodesk Inc Delaware (ADSK) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 74. Avery Dennison Corporation (AVY) | A | Dividend | J | T | | | | | |
| 75. Axiall Corp Com (AXLL) (X) | A | Dividend | | | Sold | 12/03/13 | J | A | |
| 76. Axis Capital Holdings Ltd (AXS) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 77. Babcock & Wilcox Company (BWC) | A | Dividend | J | T | | | | | |
| 78. Baidu Inc Ads (BIDU) | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 79. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 80. Banco Bilbao Viz Arg Sa Ads (BBVA) | A | Dividend | J | T | Buy | 02/22/13 | J | | |
| 81. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 82. Banco Santander Brasil SA ADS (BSBR) | A | Dividend | | | Buy (add'l) | 01/16/13 | J | | |
| 83. | | | | | Sold | 01/28/13 | J | A | |
| 84. Barrick Gold Corp (ABX) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 85. | | | | | Sold | 01/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Baxter Intl Inc (BAX) | A | Dividend | J | T | | | | | |
| 87. | Bayerische Motoren Werke Ag (BAMXY) | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 88. | | | | | | Buy (add'l) | 07/25/13 | J | | |
| 89. | | | | | | Buy (add'l) | 10/15/13 | J | | |
| 90. | BCE Inc (New) (BCE) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 91. | BG Group Plc (BRGYY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 92. | Biogen Idec Inc (BIIB) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | B | |
| 93. | Bk Montreal (BMO) | A | Dividend | J | T | Buy (add'l) | 05/09/13 | J | | |
| 94. | BMC Software (BMC) | A | Dividend | | | Buy | 03/11/13 | J | | |
| 95. | | | | | | Sold | 06/10/13 | J | A | |
| 96. | Boeing Co (BA) | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 97. | Boston Scientific Corp (BSX) | A | Dividend | J | T | | | | | |
| 98. | Brandywine Realty Tr Sbi New (BDN) | A | Dividend | J | T | | | | | |
| 99. | Bristol Myers Squibb (BMY) | A | Dividend | J | T | | | | | |
| 100. | Broadcom Corp Cl A (BRCM) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 101. | | | | | | Buy (add'l) | 01/28/13 | J | | |
| 102. | | | | | | Buy (add'l) | 07/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/12/13 | J | | |
| 104. Broadridge Fin Solu LLC (BR) | A | Dividend | J | T | Sold (part) | 03/11/13 | J | A | |
| 105. | | | | | Buy (add'l) | 05/17/13 | J | | |
| 106. Bunge Ltd (BG) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 107. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 108. CA Incorporated (CA) | A | Dividend | J | T | | | | | |
| 109. Cablevision Systems Corp (CVC) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 110. | | | | | Sold (part) | 07/15/13 | J | A | |
| 111. | | | | | Sold (part) | 09/30/13 | J | A | |
| 112. Canadian Natl Railway Co (CNI) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 113. Cameco Corp (CCJ) | A | Dividend | | | Sold | 01/17/13 | J | A | |
| 114. | | | | | Sold | 01/28/13 | J | A | |
| 115. Capital One Financial Corp (COF) | A | Dividend | | | Sold | 02/20/13 | J | A | |
| 116. | | | | | Sold | 07/10/13 | J | A | |
| 117. Carrefour Sa Sponsored Adr (CRRFY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 118. Centrais Elec Bras Sp Adr Cm (EBR) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 119. Chimera Investment Corp (CIM) | A | Dividend | | | Sold | 11/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Chubb Corp (CB) | A | Dividend | J | T | | | | | |
| 121. Cincinnati Financial Ohio (CINF) | A | Dividend | | | Sold | 05/16/13 | J | B | |
| 122. Cinemark Holdings Inc (CNK) | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 123. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 124. Cisco Sys Inc (CSCO) | A | Dividend | J | T | Buy | 05/16/13 | J | | |
| 125. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 126. | | | | | Sold (part) | 12/17/13 | J | A | |
| 127. Citigroup Capital IX Trust Pfd Sec (CS) | A | Interest | J | T | | | | | |
| 128. Citigroup Inc New (C) | A | Dividend | J | T | Buy (add'l) | 02/20/13 | J | | |
| 129. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 130. | | | | | Sold (part) | 11/11/13 | J | B | |
| 131. Citrix Systems Inc (CTXS) | A | Dividend | J | T | Buy (add'l) | 04/25/13 | J | | |
| 132. | | | | | Buy (add'l) | 12/14/13 | J | | |
| 133. Clorox Co De (CLX) | A | Dividend | J | T | | | | | |
| 134. CME Group Inc (CME) | A | Dividend | J | T | Buy (add'l) | 11/20/13 | J | | |
| 135. Coach Inc (COH) | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 136. Cochlear Ltd Unspon Adr (CHEOY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Comcast Corp Cl A Special New (CMCSK) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | B | |
| 138.  Corning Inc (GLW) | A | Dividend | J | T | Buy | 07/25/13 | J | | |
| 139.  Covidien Plc New (COV) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 140.  Cree Research Inc (CREE) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 141. | | | | | Sold (part) | 01/28/13 | J | | |
| 142.  CSL Ltd Unspon Adr (CMXHY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 143.  CST Brands Inc (CST) | A | Dividend | | | Buy | 04/05/13 | J | | |
| 144. | | | | | Sold | 05/16/13 | J | A | |
| 145.  CVS Caremark Corp (CVS) | A | Dividend | J | T | | | | | |
| 146.  Dai Nipppn Prgt Ltd Japan (DNPLY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 147.  Daiichi Sankyo Co Ltd Spon Adr (DSNKY) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 148. | | | | | Sold | 01/28/13 | J | A | |
| 149.  Dassault Systems Sa Ads (DASTY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 150.  DBS Group Holdings Ltd Sp (DBSDY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 151.  Diebold Inc (DBD) | A | Dividend | J | T | Buy | 05/20/13 | J | | |
| 152.  Devon Energy Corp New (DVN) | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 153.  Digital Realty Trust Inc (DLR) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 155. Directv Com (DTV) | A | Dividend | J | T | | | | | |
| 156. Dolby Cla A Com Stk (DLB) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 157. Donnelley R R & Sons Co (DD) | A | Dividend | | | Buy (add'l) | 01/23/13 | J | | |
| 158. | | | | | Sold | 11/27/13 | J | B | |
| 159. Duke Energy Corp Hlding Co (DUK) | A | Dividend | J | T | Sold (part) | 06/17/13 | J | A | |
| 160. East Japan Ry Co Adr (EJPRY) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 161. | | | | | Sold | 01/28/13 | J | A | |
| 162. Eaton Corp Plc (ETN) | A | Dividend | J | T | Buy | 03/13/13 | J | | |
| 163. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 164. Elan PLC (ELN) | A | Dividend | | | Sold | 12/19/13 | K | E | |
| 165. Electricite De France Adr (ECIFY) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 166. | | | | | Sold | 01/28/13 | J | A | |
| 167. Eli Lilly & Co (LLY) | A | Dividend | J | T | Sold (part) | 09/24/13 | J | A | |
| 168. | | | | | Sold (part) | 10/14/13 | J | A | |
| 169. EMC Corp Mass (EMC) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 170. Endurance Spclty Hldgs Ltd (ENH) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Energy Transfer Partners LP (ETP) | A | Dividend | J | T | | | | | |
| 172. Energy XXI Bermuda Ltd Com New (EXXI) | A | Dividend | | | Sold | 02/01/13 | J | A | |
| 173. | | | | | Sold | 03/07/13 | J | A | |
| 174. Ensco Plc Cl A (ESV) | A | Dividend | J | T | Buy | 05/16/13 | J | | |
| 175. Entergy Corp New (ETR) | A | Dividend | J | T | | | | | |
| 176. EQT Corporation Com New (EQT) | A | Dividend | K | T | | | | | |
| 177. Ericsson (Eric) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 178. Exelon Corp (ECX) | A | Dividend | | | Sold | 08/20/13 | J | A | |
| 179. Expeditors Intl Wash Inc (EXPD) | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 180. Exxon Mobile Corp (XOM) | A | Dividend | | | Sold | 05/10/13 | J | A | |
| 181. Fanuc Corporation Unsp Adr (FANUY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 182. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 183. Federated Strategic Val Div C (SVACX) | B | Dividend | K | T | Buy | 06/19/13 | J | | |
| 184. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 185. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 186. Finmeccanica Spa Roma (FINMY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 187. First American Finl Corp (FAF) | A | Dividend | J | T | Buy (add'l) | 07/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Firstenergy Corp (FE) | A | Dividend | J | T | Sold (part) | 02/01/13 | J | A | |
| 189. Fluor Corp New (FLR) | A | Dividend | J | T | | | | | |
| 190. Forest Laboratories Inc (FRX) | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 191. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 192. Fortune Brands Home & Sec Inc (FBHS) | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 193. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 194. Freeport McMoran CP&Gld (FCX) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 195. | | | | | Buy (add'l) | 01/28/13 | J | | |
| 196. Fresenius Medical Care Ag & Co (FMS) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 197. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 198. | | | | | Sold (part) | 10/09/13 | J | A | |
| 199. | | | | | Sold (part) | 10/10/13 | J | A | |
| 200. Fujifilm Hldgs Corp Adr (FUJIY) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 201. | | | | | Sold | 01/28/13 | J | A | |
| 202. Gazprom O A O Spon Adr (OGZPY) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 203. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 204. General Electric Co (GE) | A | Dividend | J | T | Buy (add'l) | 03/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. General Motors Co (GM) | A | Dividend | J | T | Buy | 12/17/13 | J | | |
| 206. Georgia Gulf Corporation (GGC) | A | Dividend | J | T | | | | | |
| 207. Genuine Parts Co (GPC) | A | Dividend | J | T | | | | | |
| 208. Glazosmithkline Plc Ads (GSK) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 209. Global Payment Inc (GPN) | A | Dividend | J | T | Buy (add'l) | 05/16/13 | J | | |
| 210. Gold Fields Ltd Sp Adr (GFI) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 211. Golar Lng Ltd (GLNG) | A | Dividend | J | T | Buy | 08/27/13 | J | | |
| 212. Grace Wr & Co Dela New (GRA) | A | Dividend | J | T | Sold (part) | 12/16/13 | J | A | |
| 213. H J Heinz Co (HNZ) | A | Dividend | | | Sold | 04/24/13 | J | A | |
| 214. | | | | | Sold | 06/10/13 | K | D | |
| 215. Haemonetics Corp (HAE) | A | Dividend | J | T | | | | | |
| 216. Halliburton Co (HAL) | A | Dividend | J | T | Buy | 02/01/13 | J | | |
| 217. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 218. Harman Intl Inds New (HAR) | A | Dividend | | | Sold | 08/01/13 | J | A | |
| 219. Hasbro Inc (HAS) | A | Dividend | J | T | | | | | |
| 220. Hartford Fin Sers Grp Inc (HIG) | A | Dividend | J | T | Buy (add'l) | 09/06/13 | J | | |
| 221. HCP Incorporated (HCP) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Health Care REIT Inc (HCN) | A | Dividend | J | T | | | | | |
| 223. Home Retail Group Adr (HMRTY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 224. Hong Kong Exchanges & Clearing (HKXCY) | A | Dividend | J | T | Buy | 06/14/13 | J | | |
| 225. Hospitality Pptys Tr Com Sbi (HPT) | A | Dividend | J | T | | | | | |
| 226. HSBC Holdings Plc Spon Adr New (HSBC) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 227. | | | | | Sold | 06/06/13 | J | A | |
| 228. Hudson City Bancorp Inc (HCBK) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 229. Icici Bank Ltd (IBN) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 230. II VI Inc (IIVI) | A | Dividend | K | T | | | | | |
| 231. Immunogen Inc (IMGN) | A | Dividend | J | T | Buy (add'l) | 11/11/13 | J | | |
| 232. | | | | | Sold (part) | 01/28/13 | J | A | |
| 233. Impala Platinum Hldgs Ltd Adr (IMPUY) | A | Dividend | | | Sold | 01/09/13 | J | A | |
| 234. | | | | | Sold | 01/28/13 | J | A | |
| 235. Imperial Oil Ltd Com New (IMO) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 236. ING Groep Nv Adr | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 237. Ingersoll-Rand Plc (IR) | A | Dividend | J | T | Sold (part) | 07/12/13 | J | A | |
| 238. | | | | | Buy (add'l) | 12/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 37

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

08/06/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Intel Corp (INTC) | A | Dividend | J | T | Buy (add'l) | 04/23/13 | J | | |
| 240. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 241. International Paper Co (IP) | A | Dividend | J | T | | | | | |
| 242. Invesco Ltd (IVZ) | A | Dividend | J | T | Buy (add'l) | 05/16/13 | J | | |
| 243. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 244. Ishares Russell 3000 Growth Fd (IWZ) | A | Dividend | | | Sold | 01/22/13 | J | A | |
| 245. Ishares Russell 3000 Index Fd (IWV) | A | Dividend | | | Sold | 01/22/13 | J | A | |
| 246. Isis Pharm Inc (ISIS) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 247. Itau Unibanco Multiple Adr (ITUB) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 248. | | | | | Sold (part) | 05/24/13 | J | A | |
| 249. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 250. ITC Holdings (ITC) | A | Dividend | J | T | | | | | |
| 251. Jack In The Box Inc | A | Dividend | | | Sold | 02/21/13 | J | A | |
| 252. Janus Capital Group Inc (JNS) | A | Dividend | J | T | Buy | 07/30/13 | J | | |
| 253. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 254. JGC Corp Unsponsored Adr (JGCCY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 255. | | | | | Buy (add'l) | 05/10/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Johnson & Johnson (JNJ) | A | Dividend | K | T | Sold (part) | 09/30/13 | J | A | |
| 257. JPMorgan Chase & Co (JPM) | A | Dividend | | | Sold | 11/11/13 | J | A | |
| 258. JP Morgan Income Builder C (JNBCX) | A | Dividend | L | T | Buy | 12/17/13 | L | | |
| 259. KB Financial Grp Inc Sons Adr (KB) | A | Dividend | | | Buy (add'l) | 01/11/13 | J | | |
| 260. | | | | | Buy (add'l) | 01/16/13 | J | | |
| 261. | | | | | Sold | 01/28/13 | J | A | |
| 262. Kinder Morgan Mgmt LLC (KMR) | A | Dividend | J | T | Sold (part) | 02/14/13 | J | A | |
| 263. | | | | | Sold (part) | 05/15/13 | J | A | |
| 264. | | | | | Sold (part) | 08/14/13 | J | A | |
| 265. | | | | | Sold (part) | 11/14/13 | J | A | |
| 266. Kinross Gold Corp New (KGC) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 267. Kohl's Corporation Wisc (KSS) | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 268. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 269. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 270. Korea Electric Power Corp Ads (KEP) | A | Dividend | | | Sold | 01/02/13 | J | A | |
| 271. Kraft Foods Inc CL A (KFT) | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 272. L-3 Communications Holding Inc (LLL) | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. L Brands Inc Com (LB) | A | Dividend | | | Buy | 05/09/13 | J | | |
| 274. | | | | | Sold | 09/06/13 | J | A | |
| 275. LI & Fung Ltd Unspon Adr (LFUGY) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 276. | | | | | Sold | 02/14/13 | J | A | |
| 277. Leidos Hldgs Inc (LDOS) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 278. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 279. Liberty Interactive Co Inter A (LINTA) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 280. Liberty Media Co Liberty Cap A (LMCA) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 281. Linnco LLC (LNCO) | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 282. Loreal Co Adr (LRLCY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 283. Lonza Group Ag Zuerich Adr (LZAGY) | A | Dividend | | | Buy | 01/28/13 | J | | |
| 284. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 285. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 286. | | | | | Sold | 09/17/13 | J | A | |
| 287. | | | | | Sold | 09/18/13 | J | A | |
| 288. | | | | | Sold | 10/02/13 | J | A | |
| 289. | | | | | Sold | 10/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. LVMH Moet Hennessy Louis Vuitt (LVMUY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 291. Lyondellbasell Nv Cl-A (LYB) | A | Dividend | J | T | Buy | 12/17/13 | J | | |
| 292. M&T Bank Corp (MTB) | A | Dividend | J | T | | | | | |
| 293. Macy's Inc (M) | A | Dividend | J | T | Buy | 02/28/13 | J | | |
| 294. Mallinckrodt Public Ltd Co (MNK) (X) | A | Dividend | | | Sold | 06/28/13 | J | A | |
| 295. | | | | | Sold | 07/03/13 | J | A | |
| 296. Manpowergroup Inc (MAN) | A | Dividend | | | Sold | 01/15/13 | J | A | |
| 297. | | | | | Sold | 01/28/13 | J | A | |
| 298. Marathon Oil Co (MRO) | A | Dividend | J | T | | | | | |
| 299. Marine Harvest Asa Adr (MNHVY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 300. Mattel Inc (MAT) | A | Dividend | J | T | | | | | |
| 301. Maxim Integrated Products Inc (MXIM) | A | Dividend | J | T | | | | | |
| 302. McKesson Corp (MCK) | A | Dividend | J | T | | | | | |
| 303. Medtronic Inc (MDT) | A | Dividend | | | Sold | 03/13/13 | J | A | |
| 304. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | Sold (part) | 02/04/13 | J | A | |
| 305. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 306. | | | | | Buy (add'l) | 05/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 07/18/13 | J | A | |
| 308. Microchip Technology Inc (MCHP) | A | Dividend | J | T | | | | | |
| 309. MGM Resorts International (MGM) | A | Dividend | J | T | | | | | |
| 310. Microsoft Corp (MSFT) | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 311. Mine Safety Appliances Co (MSA) | A | Dividend | K | T | | | | | |
| 312. Mitsubishi Est Adr (MITEY) | A | Dividend | J | T | Buy | 10/01/13 | J | | |
| 313. Mondelez Intl Inc (MDLZ) | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 314. Monotaro Co Ltd Adr (MONOY) | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 315. | | | | | Buy (add'l) | 11/19/13 | J | | |
| 316. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 317. Morgan Stanley (MS) | A | Dividend | J | T | Buy | 11/11/13 | J | | |
| 318. MS&AD Ins Group Hldgs Adr (MSADY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 319. MSSB Spctrm Currency | A | Dividend | | | Sold | 09/16/13 | J | A | |
| 320. MSSB Spctrm Strategic | A | Dividend | | | Sold | 09/16/13 | J | A | |
| 321. MSSB Spctrm Tech | A | Dividend | | | Sold | 09/16/13 | J | A | |
| 322. MTN Grp Ltd Spons Adr (MTNOY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 323. Natl Fuel Gas Co (NFG) | A | Dividend | J | T | Buy (add'l) | 02/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 05/16/13 | J | | |
| 325. National Oilwell Varco Inc (NOV) | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 326. Natl Grid Transco Plc Ads (NGG) | A | Dividend | J | T | Sold (part) | 05/21/13 | J | A | |
| 327. Nestle Spon Adr Rep Reg Shr (NSRGY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 328. New York Community Bancorp Inc (NYCB) | A | Dividend | J | T | | | | | |
| 329. Newcrest Mining Ltd Spons Adr (NCMGY) | A | Dividend | | | Buy (add'l) | 01/16/13 | J | | |
| 330. | | | | | Sold | 01/28/13 | J | A | |
| 331. Nexen Inc (NXY) | A | Dividend | | | Sold | 03/01/13 | J | A | |
| 332. Nintendo Co Ltd Adr New (NTDOY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 333. Nippon Telegraph & Telephone Ads (NTT) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 334. | | | | | Sold | 01/28/13 | J | A | |
| 335. Nisource Inc (NI) | A | Dividend | J | T | Sold (part) | 05/09/13 | J | A | |
| 336. Nokian Tyres OYJ Unspon Adr (NKRKY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 337. Novo Nordisk A/S Adr (NVO) | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 338. Nucor Corporation (NUE) | A | Dividend | J | T | Sold (part) | 04/17/13 | J | A | |
| 339. Nuveen Pennsylvania Muni (NPN) | B | Dividend | | | Buy (add'l) | 08/07/13 | J | | |
| 340. | | | | | Sold | 12/16/13 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  Old Republic Intl Cp (ORI) | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 342.  Omega Healthcare Inv Inc (OHI) | A | Dividend | J | T | Buy (add'l) | 12/09/13 | J | | |
| 343.  Omnicom Group (OMC) | A | Dividend | J | T | Sold (part) | 07/29/13 | J | A | |
| 344.  Oneok Inc New (OKE) | A | Dividend | J | T | | | | | |
| 345.  Orkla Adr (ORKLY) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 346. | | | | | Sold | 01/28/13 | J | A | |
| 347.  Pall Corporation (PLL) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |
| 348.  Panasonic Corp - Spon Adr (PC) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 349.  Peabody Energy Corp (BTU) | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 350.  Pembina Pipeline Corp (PBA) | A | Dividend | J | T | | | | | |
| 351.  Pentair Ltd (PNR) (X) | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 352.  Peoples United Financial Inc (PBCT) | A | Dividend | J | T | Buy | 05/21/13 | J | | |
| 353.  Perrigo Co Ltd (PRGO) (X) | A | Dividend | K | T | Sold (part) | 12/19/13 | J | A | |
| 354.  Petroleo Bras Sa Ads (PBR) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 355.  Pfizer Inc (PFE) | A | Dividend | K | T | Buy (add'l) | 07/18/13 | J | | |
| 356.  PNC Finl Svcs GP (PNC) | A | Dividend | J | T | | | | | |
| 357.  Polyus Gold Intl Ltd Spon Gdr (PLZLY) | A | Dividend | | | Sold | 01/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 01/24/13 | J | A | |
| 359. Potash Cp of Saskatchewan Inc (POT) | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 360. | | | | | Sold (part) | 09/20/13 | J | A | |
| 361. PPL Corporation (PPL) | A | Dividend | J | T | | | | | |
| 362. Progress Energy Inc (PGN) (Y) | | | | | | | | | |
| 363. Prothena CP PLC Ord (PRTA) | A | Dividend | J | T | | | | | |
| 364. Provident Energy Ltd New Com (PVX) (Y) | | | | | | | | | |
| 365. Qualcomm Inc (QCOM) | A | Dividend | | | Sold | 06/10/13 | J | A | |
| 366. Quest Diagnostics Inc (DGX) | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 367. Regal Entertainment Grp Cl A( RGC) | A | Dividend | J | T | Buy (add'l) | 01/15/13 | J | | |
| 368. RF Micro Devices Inc (RFMD) | A | Dividend | J | T | Buy (add'l) | 07/24/13 | J | | |
| 369. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 370. Roche Holdings Adr (RHHBY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 371. Rockwell Collins Inc (COL) | A | Dividend | J | T | Buy (add'l) | 03/08/13 | J | | |
| 372. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 373. Rohm Co Ltd Unspons Adr (ROHCY) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 374. | | | | | Sold | 01/28/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Royal Dutch Shell Plc Cl B (RDS'B) | A | Dividend | | | Buy (add'l) | 01/16/13 | J | | |
| 376. | | | | | Sold | 01/28/13 | J | A | |
| 377. Sandisk Corp (SNDK) | A | Dividend | J | T | | | | | |
| 378. Sanofi Adr (SNY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 379. SAP Ag (SAP) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 380. Sasol Ltd Spon Adr (SSL) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 381. Scana Corp New (SCG) | A | Dividend | | | Sold | 05/17/13 | J | A | |
| 382. | | | | | Sold | 10/11/13 | J | A | |
| 383. Science Applications Intl Lp (SAIC) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 384. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 385. | | | | | Sold (part) | 09/27/13 | J | A | |
| 386. Schneider Elec Sa Unsp Adr (SBGSY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 387. Schlumberger Ltd (SLB) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 388. | | | | | Sold (part) | 02/05/13 | J | A | |
| 389. | | | | | Sold (part) | 02/15/13 | J | A | |
| 390. Seadrill Ltd (SDRL) | A | Dividend | J | T | | | | | |
| 391. Seagate Technology Plc (STX) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Sekisui House Ltd Adr (SKHSY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 393. Semgroup Corp CL A (SEMG) | A | Dividend | | | Buy | 02/01/13 | J | | |
| 394. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 395. | | | | | Sold | 04/05/13 | J | A | |
| 396. Sempra Energy (SRE) | A | Dividend | J | T | Buy (add'l) | 09/25/13 | J | | |
| 397. | | | | | Sold (part) | 07/10/13 | J | A | |
| 398. | | | | | Sold (part) | 11/25/13 | J | A | |
| 399. Senior Hsg Ppty Tr Sbi (SNH) | A | Dividend | J | T | Buy (add'l) | 12/09/13 | J | | |
| 400. Seven & I Holdgs Co Ltd Adr (SVNDY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 401. Shiseido Ltd Spon Adr (SSDOY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 402. Siemens Aktiengesellschaft (SI) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 403. SK Telecom Co Ltd (SKM) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 404. SLM Corp Variable (ISM) | A | Interest | | | Sold | 06/09/13 | K | A | |
| 405. Sonoco Products Co (SON) | A | Dividend | J | T | | | | | |
| 406. Sonova Hldg Ag Unsp Adr (SONVY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 407. | | | | | Sold (part) | 05/13/13 | J | A | |
| 408. Spdr Gold Tr Gold Shs (GLD) | A | Dividend | | | Sold | 01/04/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 06/17/13 | J | A | |
| 410. | | | | | Sold | 06/20/13 | J | A | |
| 411. Spectra Energy Corp Com (SE) | A | Dividend | J | T | | | | | |
| 412. St Jude Medical Inc (ST J) | A | Dividend | J | T | | | | | |
| 413. Staples Inc (SPLS) | A | Dividend | J | T | Buy | 02/25/13 | J | | |
| 414. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 415. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 416. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 417. | | | | | Sold (part) | 12/16/13 | J | A | |
| 418. | | | | | Sold (part) | 12/18/13 | J | A | |
| 419. Starz Series A (STRZA) (X) | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 420. Statoil Asa Adr (STO) | A | Dividend | | | Sold | 05/09/13 | J | A | |
| 421. Sumitomo Mitsui Tr Hldgs Inc (SUTNY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 422. Sun Communities Inc (SUI) | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | |
| 423. Suntrust Bks (STI) | A | Dividend | J | T | | | | | |
| 424. Svenska Handelbanken Ab Adr (SVNLY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 425. Swatch Group Ag Adr The Unspon (SWGAY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 03/11/13 | J | A | |
| 427. Swisscom Ag Adr (SCMWY) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 428. | | | | | Sold | 01/28/13 | J | A | |
| 429. Sysco Corp (SYY) | A | Dividend | J | T | | | | | |
| 430. Sysmex Corp Unspon Adr (SSMXY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 431. Taiwan Sm Cnd Ctr Mfg Co Ltd Adr (TSM) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 432. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 433. Talisman Energy Inc (TLM) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 434. Te Connectivity Ltd New (TEL) | A | Dividend | J | T | | | | | |
| 435. Teco Energy (TE) | A | Dividend | J | T | Buy | 02/05/13 | J | | |
| 436. Tel & Data Systems Inc (TDS) | A | Dividend | J | T | | | | | |
| 437. Telecom Italia Spa (New) Svgs Sh (TI'A) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 438. | | | | | Sold | 01/28/13 | J | A | |
| 439. Tesco Plc Sponsored Adr (TSCDY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 440. Teva Pharmaceuticals Adr (TEVA) | A | Dividend | | | Buy (add'l) | 01/15/13 | J | | |
| 441. | | | | | Sold | 01/28/13 | J | A | |
| 442. The ADT Corporation (ADT) (X) | A | Dividend | J | T | Sold (part) | 01/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. The China Fund Inc (CHN) | A | Dividend | | | Sold | 08/07/13 | K | A | |
| 444. The Mosaic Co (HLDG Co) New (MOS) | A | Dividend | | | Buy (add'l) | 03/15/13 | J | | |
| 445. | | | | | Sold | 01/11/13 | J | A | |
| 446. | | | | | Sold | 07/02/13 | J | A | |
| 447. Tidewater Inc (TDW) | A | Dividend | | | Buy | 04/15/13 | J | | |
| 448. | | | | | Sold | 08/29/13 | J | A | |
| 449. Timken Co (TKR) | A | Dividend | | | Buy | 07/02/13 | J | | |
| 450. | | | | | Buy (add'l) | 07/18/13 | J | | |
| 451. | | | | | Sold | 12/17/13 | J | A | |
| 452. Total S A Spon Adr (TOT) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 453. Toyota Motor Cp Adr New | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 454. Turkiye Garanti Bankasi A S (TKGBY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 455. Tyco International Ltd New (TYC) | A | Dividend | J | T | | | | | |
| 456. UBS AG New (UBS) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 457. Ultra Petroleum Corp (UPL) | A | Dividend | J | T | Buy (add'l) | 05/16/13 | J | | |
| 458. Unicharm Corp Unspon Adr (UNICY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 459. Unilever Plc New Ads (UL) | A | Dividend | J | T | Buy | 01/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 37

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

08/06/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 461. UnitedHealth Gp Inc (UNH) | A | Dividend | J | T | | | | | |
| 462. Valero Energy Cp Dela New (VLO) | A | Dividend | J | T | Buy | 04/05/13 | J | | |
| 463. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 464. | | | | | Buy (add'l) | 09/06/13 | J | | |
| 465. Vallourec Sa New Spon Adr (VLOWY) | A | Dividend | | | Buy | 01/11/13 | J | | |
| 466. | | | | | Sold | 01/28/13 | J | A | |
| 467. Valley Natl Bancorp (VLY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 468. | | | | | Sold | 05/09/13 | J | A | |
| 469. Vanguard Msci Eafe Etf (VEA) | A | Dividend | | | Sold | 01/22/13 | J | A | |
| 470. Ventas Inc (VTR) | A | Dividend | J | T | Buy | 12/10/13 | J | | |
| 471. Verifone Systems Inc (PAY) | A | Dividend | J | T | Buy | 04/18/13 | J | | |
| 472. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 473. Vertex Pharmacueticals (VRTX) | A | Dividend | J | T | | | | | |
| 474. Vivendi Sa Unspon Adr (VIVHY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 475. Vodafone Gp Plc Ads New (VOD) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 476. | | | | | Sold (part) | 01/28/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 478. WABTEC (WAB) | A | Dividend | J | T | | | | | |
| 479. Wacoal Cp Adr (WACLY) | A | Dividend | | | Buy (add'l) | 01/22/13 | J | | |
| 480. | | | | | Sold | 01/28/13 | J | A | |
| 481. Weatherford International Ltd (WFT) | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 482. | | | | | Sold (part) | 01/28/13 | J | A | |
| 483. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 484. Wells Fargo & Co New (WFC) | A | Dividend | J | T | | | | | |
| 485. Whiting Petroleum Corp (WLL) | A | Dividend | J | T | Buy | 11/12/13 | J | | |
| 486. Williams Co Inc (WMB) | A | Dividend | J | T | Buy (add'l) | 05/10/13 | J | | |
| 487. | | | | | Sold (part) | 10/08/13 | J | A | |
| 488. Wisconsin Energy Corp (WEC) | A | Dividend | | | Buy | 02/01/13 | J | | |
| 489. | | | | | Sold | 09/25/13 | J | A | |
| 490. Wolters Kluwer Nv Spon Adr (WTKWY) | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 491. WPP Plc Spon New Adr (WPPGY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 492. Xcel Energy Inc (XEL) | A | Dividend | J | T | Sold (part) | 01/22/13 | J | A | |
| 493. Xerox Corp (XRX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 37

**Name of Person Reporting**

Cohill, Jr., Maurice B.

**Date of Report**

08/06/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Xinyi Glass Hldgs Ltd Unspon (XYIGY) | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 495. | | | | | Sold (part) | 09/24/13 | J | A | |
| 496. Zimmer Hldgs Inc (ZMH) | A | Dividend | J | T | Buy (add'l) | 01/11/13 | J | | |
| 497. Morgan Stanley Bank Accounts | A | Interest | L | T | | | | | |
| 498. PNC IRA | E | Dividend | O | T | | | | | |
| 499. - Prime Fund Daily Money Class MM (FDAXX) | | | | | | | | | |
| 500. - American Century Mid Cap Inv Shs (ACMVX) | | | | | Buy | 09/19/13 | K | | |
| 501. | | | | | Sold (part) | 11/22/13 | J | A | |
| 502. - Delaware Value Fund (DDVIX) | | | | | Sold (part) | 11/19/13 | J | B | |
| 503. | | | | | Sold (part) | 11/22/13 | K | D | |
| 504. - Franklin Small Cap Value Advisor (FVADX) | | | | | Sold (part) | 11/22/13 | J | A | |
| 505. - Harbor Capital Appreciat Instl (HACAX) | | | | | Sold (part) | 11/22/13 | J | C | |
| 506. - Invesco Developing Markets (GTDDX) | | | | | Buy (add'l) | 11/22/13 | J | | |
| 507. - Invesco Intl Growth Fund (AIIEX) | | | | | Sold (part) | 11/19/13 | K | C | |
| 508. | | | | | Sold (part) | 11/22/13 | J | A | |
| 509. - JPMorgan Large Cap Growth Select (SEEGX) | | | | | Sold (part) | 11/22/13 | J | B | |
| 510. - Mainstay Epoch Global Equity Yld I (EPSYX) | | | | | Buy | 11/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 11/22/13 | J | A | |
| 512. - Mainstay Icap Select Eqty Fd Cl (ICSRX) | | | | | Sold (part) | 11/19/13 | J | B | |
| 513. | | | | | Sold (part) | 11/22/13 | K | C | |
| 514. - Perkins Mid (JMVAX) (X) | | | | | Sold | 09/18/13 | K | C | |
| 515. - Royce 100 Fund Service Class (RYOHX) | | | | | Sold (part) | 11/22/13 | J | A | |
| 516. - T Rowe Price Intl Discovery Fund (PRIDX) | | | | | Sold (part) | 11/22/13 | J | A | |
| 517. - T Rowe Price Mid Cap Growth (RPMGX) | | | | | Sold (part) | 11/22/13 | J | A | |
| 518. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 519. - T Rowe Price Real Estate Fund (TRREX) | | | | | Buy (add'l) | 11/22/13 | J | | |
| 520. - Fidelity Advisor Fl Rate High (FFRIX) | | | | | Buy (add'l) | 11/22/13 | J | | |
| 521. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 522. - Managers Bond (MGFIX) | | | | | Sold (part) | 09/11/13 | J | A | |
| 523. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 524. - Managers Pimco Bond Fund (MBDFX) (X) | | | | | Sold (part) | 09/11/13 | J | A | |
| 525. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 526. - Pimco Unconstrained Bd Instl Class (PFIUX) | | | | | Buy | 09/11/13 | J | | |
| 527. | | | | | Sold (part) | 11/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  - Wells Fargo Advt Intl Bond Fd (ESIDX) (X) | | | | | Buy (add'l) | 11/22/13 | J | | |
| 529. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 08/06/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Maurice B. Cohill, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544